UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YOUSSEF MASRI,

                Plaintiff,

         -against-                            25-mc-0517 (LAK)

UNITED STATES,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The plaintiff in this case, Youssef Masri, on November 13, 2025, moved to file a new civil case under seal. The motion was assigned docket number 25-mc-00491 and assigned to Judge Furman, who granted the motion to file the new case under seal. His order, however, provided also that the "Plaintiff shall renew the motion to seal before the District Judge to whom the new case is assigned within one week" failing which "the filings [made pursuant to Judge Furman's order] will be unsealed.

        A complaint in the new case then was filed on November 13, 2025, under No. 25-mc-0517, and assigned to the undersigned. Plaintiff, however, has not renewed the motion allowing the sealing of the new case despite the fact that well over two weeks have elapsed since the entry of Judge Furman's order. Accordingly, the Clerk shall unseal the "new case" – i.e., this case, No. 25-mc-0517 – entirely.

        SO ORDERED.

Dated:       December 1, 2025

                                           Lewis A. Kaplan
                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/25