USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

YOUSSEF MASRI,

              Plaintiff,

      -against-                                  25-mc-0517 (LAK)

UNITED STATES,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Now pending before this Court is a motion by one Paola Hamie, said to be a member of the Utah bar, to be admitted *pro hac vice* in the criminal case No. 17-cr-0567, which is under seal and has not been assigned to any judge.

        In the circumstances, the government shall respond to Ms. Hamie's motion no later than December 16, 2025. Any reply shall be filed by Ms. Hamie no later than December 23, 2025.

        SO ORDERED.

Dated:       December 3, 2025

                                             Lewis A. Kaplan
                                    United States District Judge